```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
   UNITED STATES OF AMERICA,                                 :
                                                             :
                                                             :
                    -v-                                      :
                                                             :         1:23-cr-007-GHW-3
                                                             :
                                                             :
   ALEX STROMAN                                              :         ORDER
                                                             :
                                     Defendant.              :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __3/30/2023__

GREGORY H. WOODS, United States District Judge:

A bail review hearing with respect to defendant Alex Stroman is scheduled for March 30, 2023, at 1:30 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: March 30, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge