```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
   UNITED STATES,                                             :
                                                              :
                                                              :
              -v-                                             :      1:23-cr-7-GHW
                                                              :
                                                              :
   ALEX STROMAN,                                              :         ORDER
                                                              :
                              Defendant.                      :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/2023

GREGORY H. WOODS, United States District Judge:

Trial in this matter will commence on March 18, 2024 at 9:00 a.m. The trial will take place in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

Pretrial motions by Defendant are due no later than November 27, 2023. The Government's oppositions to any defense motions are due no later than three weeks from the date of service of Defendant's motions. Defendant's replies, if any, are due no later than one week from the date of service of the oppositions. The Court will hold a hearing on any defense motions necessitating a hearing on February 9, 2024 at 9:00 a.m.

Expert disclosures by the United States required pursuant to Fed. R. Crim. P. 16 are due no later than December 20, 2023. Expert disclosures by Defendant are due no later than January 12, 2024.

The pretrial materials required by Rule 6 of the Court's Individual Rules of Practice in Criminal Cases, including motions *in limine*, are due no later than January 26, 2024. If any motions *in limine* are filed, opposition papers are due no later than seven days after the date of service of the motion. Reply papers, if any, are due no later than four days after the date of service of the opposition. Courtesy copies of motions *in limine* should be submitted when the motions are fully

briefed. The Court will hold a final pretrial conference in this matter on February 23, 2024 at 9:00 a.m.

The United States is further directed to provide written notice to the defendant of any evidence it expects to introduce pursuant to Federal Rule of Evidence 404(b) by no later than (a) January 19, 2024, for any Rule 404(b) evidence that the Government will not address through its affirmative motions *in limine* and/or (b) January 26, 2024, for any 404(b) evidence that the Government will address through its affirmative motions *in limine*.

The parties are further directed to submit: (1) a proposed brief description of the case, to be read to the venire and (2) a brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements, no later than January 26, 2024. If the parties are unable to agree on the language of such a short overview, they are directed to notify the Court of that fact by the same date.

SO ORDERED.

Dated: October 19, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge