USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
 :
UNITED STATES OF AMERICA, :
 :
 :
 -v- :   1:23-cr-007-GHW-3
 :
 :
ALEX STROMAN :   ORDER
 :
                              Defendant. :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On October 19, 2023, the Court ordered that any pretrial motions by Defendant must be filed no later than November 27, 2023.  Dkt. No. 66.  The Court scheduled a hearing date with respect to any such motions for February 9, 2024.  *Id.*.

Defendant did not file any pretrial motions by the deadline established by the Court.  No request was made to extend that deadline.  The Court understands that there will be no such motions.  As a result, there is no need for the hearing scheduled for February 9, 2024.  That hearing is adjourned *sine die*.

SO ORDERED.

Dated:  January 22, 2024

_____
GREGORY H. WOODS
United States District Judge