UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                   :

UNITED STATES OF AMERICA,      :

                                                                    :

-v-      :      1:23-cr-007-GHW-3

                        :

ALEX STROMAN      :      ORDER

                        :

                      Defendant. :
-------------------------------------------------------------- X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**
**DATE FILED:** 2/12/2024

GREGORY H. WOODS, United States District Judge:

      A proceeding is scheduled with respect to defendant Alex Stroman on February 15, 2024 at 1:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated: February 12, 2024
New York, New York

                                                    _____
                                                  GREGORY H. WOODS
                                                 United States District Judge